DIANE J. HUMETEWA
United States Attorney
District of Arizona
Shelley K.G. Clemens
Assistant U.S. Attorney
Oklahoma Bar No. 16567
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
shelley.clemens@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | No. CR-08-303-TUC-DCB(CRP) |
| v. ) | **Notice of Impeachment With Prior Felony Conviction Pursuant to Rule 609(a)(1) and 609(b).** |
| Christopher Matthew Clements ) | |
| Defendant. ) | |

Plaintiff, United States of America, by and through its attorneys, DIANE J. HUMETEWA, United States Attorney for the District of Arizona, and Shelley K.G. Clemens, Assistant U.S. Attorney, hereby gives notice pursuant to Federal Rules of Evidence 609(a)(1) and 609(b), that the government intends to impeach the defendant with his prior felony convictions as set forth herein:

The defendant, Christopher Matthew Clements, was convicted on or about December 26, 2006, in the District Court of Bay County, State of Florida, Case No. 06-3659C, for a felony count of Failure to Register as a Sexual Offender. The defendant was sentenced to probation for a period of four years.

The defendant, Christopher Matthew Clements, was convicted on or about September 19, 2007, in the Circuit Court for Multnomah County, State of Oregon, Case

No. 070632944, for a felony count of Failure to Report as a Sexual Offender, in violation of ORS §181.599(3).  The defendant was sentenced to supervised probation for a period of two years.

Respectfully submitted this 11th day of July, 2008.

>DIANE J. HUMETEWA
>United States Attorney
>District of Arizona
>
>*s/Shelley K.G. Clemens*
>
>Shelley K.G. Clemens
>Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 11th day of July, 2008, to:

John Kaufmann, Esq.
Attorney for the Defendant