IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson-Globe Division)     CRIMINAL MINUTES

__08__ / __303__ / __01__          Date: __August 5, 2008__
Yr      Case No.   Dft#

__XX__ Hon. __DAVID C. BURY__         Judge #: __7030__

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG - 5 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA v. __CLEMENTS__           __CHRISTOPHER__           __MATTHEW__
         Last Name              First Name              Middle Name
DEFENDANT: __XX__ Present ___ Not Present ___ Released __XX__ Custody ___ Writ

Deputy
Clerk: __Cathy Schwader__         Crt Reporter: __Chris Wallace__

U. S. Atty: __Shelley Clemens__    Dft Atty: __John Kaufmann__
                                   __xx__ pres  __xx__ appt.  ___ ret'd
==============================================================================

**PROCEEDINGS:**        __XX__ COURT TRIAL

__XX__ Court trial held, __1st__ day  ___ File waiver of jury trial

___ Case continued to _____ for further trial/deliberations

__XX__ MOTIONS: __Defendant's renewed motion to dismiss is DENIED.__

__XX__ Court finds

    __XX__  GUILTY as to Count(s) __1 (Findings as set forth on the record)__

    _____  NOT GUILTY as to Count(s) _____

    _____  TAKEN UNDER ADVISEMENT

__XX__ Continued for sentencing to: **Thursday, Oct 16, 2008 at 9:30 a.m.**

__XX__ ORDER defendant shall remain detained pending sentence

__XX__ Other: __Counsel make opening statements to the Court. Witnesses sworn and examined (see separate list). Exhibits admitted into evidence and retained by counsel for appeal purposes (see separate list). Counsel make closing arguments to the Court. A presentence report shall be prepared and as part of the presentence report, pursuant to request by defendant, a psychosexual evaluation is ordered.__