**JOHN D. KAUFMANN**
Attorney At Law
Suite 905 Transamerica Bldg.
177 North Church Avenue
Tucson, Arizona 85701
(520) 623-2016   Fax (520) 623-8715

Arizona State Bar No. 004156
Pima County Computer No. 30436

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>)<br>vs.  )<br>)<br>CHRISTOPHER MATHEW  )<br>CLEMENTS,  )<br>        Defendant,  )<br>_____  ) | NO.  CR 08-303-TUC-DCB(CRP)<br><br>MOTION FOR RELEASE FROM CUSTODY |

COMES NOW Christopher Clements, by and through undersigned counsel of record, John D. Kaufmann, and requests an order from this Court immediately releasing Mr. Clements from custody.  An Opinion has come down from the 9th Circuit Court of Appeals reversing Mr. Clements' conviction in 9th Circuit Cause No. 09-10034.  Mr. Clements is currently being held by the Department of Justice at Dismas Charities.  As the Indictment has been ordered dismissed, any further incarceration of Mr. Clements would be unconscionable.

**RESPECTFULLY SUBMITTED** this 24<u>th</u> day of August, 2011.

                                     *s/ John D. Kaufmann*
                                     John D. Kaufmann
                                     Attorney for Defendant