IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 08-303-TUC-DCB |
| Plaintiff, | **ORDER** |
| vs. | |
| Christopher Mathew Clements, | |
| Defendant. | |

Defense counsel having filed a Motion for Release from Custody, and this Court awaiting a Mandate to issue from the Ninth Circuit Court of Appeals,

IT IS ORDERED the motion (Doc. 92) is denied.

DATED this 25th day of August, 2011.

David C. Bury
United States District Judge