FILED

SEP 13 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 09-10034 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00303-DCB-CRP-1 |
| v. | District of Arizona, Tucson |
| CHRISTOPHER MATTHEW CLEMENTS, | ORDER |
| Defendant - Appellant. | |

Before: O'SCANNLAIN, RAWLINSON, and BEA, Circuit Judges.

Appellee's Unopposed Motion for Extension of Time to File a Petition for Rehearing and Suggestion for Rehearing En Banc is granted. Any such petition will be due on October 20, 2011.