1  ANN BIRMINGHAM SCHEEL
   United States Attorney
2  District of Arizona
   SHELLEY K.G. CLEMENS
3  Assistant U.S. Attorney
   Oklahoma State Bar No. 16567
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
6  shelley.clemens@usdoj.gov
   Attorneys for Plaintiff United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **CR-08-303-TUC-DCB(CRP)** |
| v. | **MOTION TO DISMISS INDICTMENT AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| Christopher Matthew Clements, | |
| Defendants. | |

The United States of America, by and through its attorney undersigned, hereby moves the court for an order pursuant to Fed. R. Crim. P. 48(a), dismissing the indictment as to defendant Christopher Matthew Clements in this matter with prejudice. On August 22, 2011, the Ninth Circuit Court Appeals issued an opinion in this case reversing the defendant's conviction. The Government filed Motions to Stay the issuing of the mandate pending a decision to accept certiorari by the United States Supreme Court in *United States v. Valverde*, 628 F.3d 1159 (9th Cir. 2010) (*see* Supreme Court Docket No. 11-40), the opinion upon which the panel majority relied when issuing its opinion in this matter. At the time the government filed its motions for

stay the petition for certiorari in *Valverde* was still pending. The Supreme Court ultimately denied the petition for certiorari in *Valverde*. On that same date, the Government filed a motion with the Ninth Circuit to withdraw the its requests to stay the issuing of the mandate. The mandate was issued on March 9, 2012. As such, the case should be dismissed.

Defense Counsel, John Kaufmann, has also filed a motion to dismiss the indictment, so the government assumes he would not have an objection to this motion.

However, in his motion to dismiss, the defendant requests credit for time served for any future federal sentence imposed upon him for violation of federal law. The defendant cites no authority in support of this request. The government would object to this part of the motion.

If the defendant is arrested in the future, charged with a federal offense, and convicted of a federal offense, then it would be up to the sentencing judge to determine the appropriate sentence and the extent that credit for time previously served is appropriate pursuant to Title 18 United States Code Section 3585(b) or other applicable federal law.

Respectfully submitted this 21st day of March, 2012

        ANN BIRMINGHAM SCHEEL
        United States Attorney
        District of Arizona

        *s/ Shelley K.G. Clemens*
        Shelley K.G. Clemens
        Assistant U.S. Attorney

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing served electronically or by other means this 21st day of March, 2012, to: |
| 3 | |
| 4 | John Kaufmann, Esq.<br>Attorney for Defendant |