IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 08-303-TUC-DCB |
| Plaintiff, | **ORDER** |
| vs. | |
| Christopher Matthew Clements, | |
| Defendant. | |

Defense counsel and the United States of America having moved for dismissal of the indictment pursuant to Fed.R.Crim.P. 48(a) as to Christopher Matthew Clements, and the Ninth Circuit Court of Appeals having issued a Mandate reversing the defendant's conviction,

IT IS ORDERED the motion is granted. The Indictment against Christopher Matthew Clements, is hereby dismissed with prejudice.

IT IS FURTHER ORDERED defense counsel's request for credit for time served for any future federal sentence imposed upon Mr. Clements for violation of federal law, is denied.

DATED this 22nd day of March, 2012.

David C. Bury
United States District Judge